# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JONATHAN PAUL JONES, | : | No. 77 WM 2015 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.